**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ernest and Ronald Bedonie,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>Office of Navajo and Hopi Indian Relocation,<br><br>　　　　Defendant. | No. CV-13-08019-PCT-PGR<br><br>ORDER |

　　The plaintiffs having filed a Motion to Dismiss (Doc. 9), which the Court construes as a notice of voluntary dismissal pursuant to Fed.R.Civ.P. 41(a)(1)(a)(i), the Clerk of the Court shall terminate this action.

　　DATED this 16th day of April, 2013.

Paul G. Rosenblatt
United States District Judge